JS-6

1  EILEEN M. DECKER
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  FRANCESCO P. BENAVIDES, CSBN 258924
5  Special Assistant United States Attorney
         Social Security Administration
6        160 Spear Street, Suite 800
7        San Francisco, CA  94105
         Telephone: 415-977-8978
8        Facsimile: 415-744-0134
9        Email: Francesco.Benavides@ssa.gov
10 Attorney for Defendant

11              UNITED STATES DISTRICT COURT
12             CENTRAL DISTRICT OF CALIFORNIA
13                   WESTERN DIVISION

| | |
|---|---|
| VICTOR M. VALENZUELA, | ) Case No.: 15-cv-2191-DTB |
| Plaintiff, | ) [~~PROPOSED~~] |
| | ) **JUDGMENT OF REMAND** |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

-1-

1 | The Court, having approved the parties' Stipulation to Voluntary Remand
2 | Pursuant to Sentence Four of 42 U.S.C. § 405(g) (Stipulation to Remand) and to
3 | Entry of Judgment lodged concurrent with the lodging of the within Judgment of
4 | Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
5 | above-captioned action is remanded to the Acting Commissioner of Social Security
6 | for further proceedings consistent with the Stipulation to Remand.

DATED: October 6, 2015   _____

HON. DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE