1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Victor M. Valenzuela

7

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12 | VICTOR M. VALENZUELA,              ) Case No.: 2:15-cv-02191-AG-DTB
                                        )
13 |        Plaintiff,                  ) {~~PROPOSED~~} ORDER AWARDING
                                        ) EQUAL ACCESS TO JUSTICE ACT
14 |   vs.                              ) ATTORNEY FEES AND EXPENSES
                                        ) PURSUANT TO 28 U.S.C. § 2412(d)
15 | CAROLYN W. COLVIN, Acting          ) AND COSTS PURSUANT TO 28
     Commissioner of Social Security,   ) U.S.C. § 1920
16 |                                    )
            Defendant                   )
17 |                                    )
    _____    )
18

19      Based upon the parties' Stipulation for the Award and Payment of Equal

20 Access to Justice Act Fees, Costs, and Expenses:

21      IT IS ORDERED that fees and expenses in the amount of $1,400.00, as

22 authorized by 28 U.S.C. § 2412, and costs in the amount of $400.00, as authorized

23 by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

24 DATE:   November 9, 2015

25                                      _____
                                        THE HONORABLE DAVID T. BRISTOW
26                                      UNITED STATES MAGISTRATE JUDGE